**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 04-1925**

---

BENJAMIN H. KEITH, III,

                              Plaintiff - Appellant,

        versus

COMMISSIONER    OF    SOCIAL    SECURITY
ADMINISTRATION,

                              Defendant - Appellee.

---

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Benson Everett Legg, Chief District Judge.
(CA-01-131-1-JKB)

---

Submitted:  November 30, 2004        Decided:  December 23, 2004

---

Before LUTTIG, WILLIAMS, and MICHAEL, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Benjamin H. Keith, III, Appellant Pro Se.  John Walter Sippel, Jr.,
Ariana Wright Arnold, Divya Bharadwaja, Neil Ray White, OFFICE OF
THE UNITED STATES ATTORNEY, Baltimore, Maryland, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Benjamin H. Keith, III, appeals the magistrate judge's decision[*] upholding the decision of the Commissioner of the Social Security Administration to deny Keith's application for additional retirement benefits under 42 U.S.C. § 417 (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the magistrate judge. See Keith v. Commissioner of SSA, No. CA-01-131-1-JKB (D. Md. filed June 16, 2004; entered June 17, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*]The parties consented to the jurisdiction of the magistrate judge. 28 U.S.C. § 636(c) (2000).

- 2 -